AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BRIDGET CLARK, for herself and a class,
Plaintiff,

V.

FINANCIAL ASSET RESOLUTIONS, LLC,
Defendant.

CASE NUMBER: 13-cv-06430

ASSIGNED JUDGE: Judge Durkin

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Finnegan

TO: (Name and address of Defendant)

Financial Asset Resolutions, LLC
c/o Registered Agent Austin C. Mansur
875 N. Michigan Avenue, Suite 3620
Chicago, IL 60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **21** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK
THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

September 10, 2013
DATE

September 10, 2013
DATE

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Illinois** | **County of Northern** | **District Court** |

Case Number: 13-CV-06430

Plaintiff:
**Bridget Clark, for herself and a class**
vs.
Defendant:
**Financial Assest Resolutions, LLC**

For:
Edelman, Combs, Latturner & Goodwin, LLC
120 S. Lasalle Street
Suite 1800
Chicago, IL 60603

Received by Capital Security & Investigations, Inc. on the 13th day of September, 2013 at 9:39 am to be served on **Financial Asset Resolutions, LLC C/O Registered Agent Austin C. Mansur, 1325 Wiley Road, #161, Schaumburg, IL 60173**.

I, Kathy DiNunno, being duly sworn, depose and say that on the **16th day of September, 2013** at **11:30 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint, Motion for Class Certification, Memorandum; and Motion to Enter and Continue.** with the date and hour of service endorsed thereon by me, to: **Financial Asset Resolutions, LLC Ashur Youash** as **Vice President** for **Financial Asset Resolutions, LLC**, at the address of: **1325 Wiley Road, #161, Schaumburg, IL 60173**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 38, Sex: M, Race/Skin Color: Middle Eastern, Height: 5'8, Weight: 165, Hair: Black, Glasses: N

Subscribed and Sworn to before me on the 17th day of September, 2013 by the affiant who is personally known to me.

NOTARY PUBLIC

EMIL J CARGOLA
MY COMMISSION EXPIRES
JANUARY 4, 2014

Kathy DiNunno
Process Server

Capital Security & Investigations, Inc.
860 W. Lake Street
Suite 608
Roselle, IL 60172
(847) 524-0711
Our Job Serial Number: JPC-2013000205

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n